Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: §
§
§
**DISCOUNT PLASTIC BAGS** § **CASE NO.   25-31358-SGJ-7**
  **AND PACKAGING, LLC** §
    DEBTOR §

**TRUSTEE'S NOTICE
OF INTENT TO ABANDON PROPERTY OF THE ESTATE**

**ANY PARTY WISHING TO OBJECT TO THIS NOTICE MUST FILE THE OBJECTION WITH THE U.S. BANKRUPTCY CLERK, ROOM 1254, 1100 COMMERCE STREET, DALLAS, TX 75242, AND SERVE A COPY ON THE TRUSTEE AT 509 N. MONTCLAIR, DALLAS, TEXAS   75208 WITHIN 18 DAYS OF THE SERVICE OF THIS APPLICATION.**

**IF AN OBJECTION IS FILED AND SERVED TIMELY A HEARING ON THE OBJECTION WILL BE SCHEDULED WITH NOTICE TO THE OBJECTING PARTY ONLY.   IF NO OBJECTION IS FILED AND TIMELY SERVED ON THE TRUSTEE THE PROPERTY WILL BE DEEMED ABANDONED.**

TO:    THE DEBTOR, HIS CREDITORS AND ALL PARTIES-IN-INTEREST:

**PLEASE TAKE DUE NOTICE** that pursuant to §554(a) of the Bankruptcy Code,

**ROBERT YAQUINTO, JR.**, Chapter 7 Trustee of the Estate of **DISCOUNT PLASTIC**

**BAGS AND PACKAGING,** Debtor, intends to abandon the following described property:

Finished Goods/Inventory consisting of Plastic Bags currently stored at BedaBox, LLC d/b/a ShipMonk.

The Trustee intends to abandon the estate's interest in the property because the property

is of inconsequential value and benefit to the estate.

Respectfully submitted,

    /s/    Robert Yaquinto, Jr.

**Robert Yaquinto, Jr.**
State Bar No.   22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502    Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing ***Trustee's Notice of Intent to Abandon Property of Estate*** was forwarded by electronic transmission to all parties receiving notice by ECF; and by regular U.S. Mail, postage prepaid to the parties listed on the attached service list on this   13th   day of February, 2026.

    /s/    Robert Yaquinto, Jr.

**Robert Yaquinto, Jr.**

**TRUSTEE'S NOTICE OF INTENT TO ABANDON
PROPERTY OF THE ESTATE - Page  2  of 2**

American Express - Blue
American Express, PO Box 9818537
El Paso, TX 79998

American Express - Delta
American Express, PO Box 9818537
El Paso, TX 79998

American Express - Gold
American Express, PO Box 9818537
El Paso, TX 79998

American Express - Hilton
American Express, PO Box 9818537
El Paso, TX 79998

American Express - Marriott
American Express, PO Box 9818537
El Paso, TX 79998

American Express - Platinum
American Express, PO Box 9818537
El Paso, TX 79998

American Express - Plum
American Express, PO Box 9818537
El Paso, TX 79998

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express National Bank
P.O. Box 30384
Salt Lake City, UT 84130-0384

Bank of America
4909 Savarese Cir
Tampa, FL 33634-2413

Bank of Texas N A,
PO Box 258835
Oklahoma City, OK 73125-8835

Barclays
Barclays Bank Delaware, Attn: Card Servi
Wilmington, DE 19899

Berry Global, Inc. (Laddawn)
Berry Global, PO Box 633485
Cincinnati, OH 45263-3485

Bluevine
Bluevine LA, PO Box 848780
Los Angeles, CA 90084-8780

Box Partners, LLC
2650 Galvin Dr.
Elgin, IL 60124-7893

California Department of Tax and Fee
Adminis
651 Bannon St
Suite 100
Sacramento, CA 95811-0356

Capital One - Spark Miles
Capital One Bank USA NA, PO Box 31293
Salt Lake City, UT 84131-0293

Capital One - Sparks Cash
Capital One Bank USA NA, PO Box 31293
Salt Lake City, UT 84131-0293

Carrington Coleman
901 Main St
Dallas, TX 75202-3767

Chase Bank - Ink
3415 Vision Drive
Columbus, OH 43219-6009

Chase Bank - Mariott
3415 Vision Drive
Columbus, OH 43219-6009

Citi Bank
Citibank, PO Box 6077
Sioux Falls, SD 57117

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708-2576

CT Corporation System
330 N Brand Blvd
Suite 700
Glendale, CA 91203-2336

Deer Pak Industries LLC
5606 13th Ave
Brooklyn, NY 11219-4586

Discount Plastic Bags & Packaging, LLC
7750 N MacArthur Blvd
STE 120 - 151
Irving, TX 75063-7501

First Corporate Solutions
914 S Street
Sacramento, CA 95811-7025

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

FreightWise, LLC
214 Centerview Dr.
Brentwood, TN 37027-5274

GEORGIA DEPARTMENT OF
REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Heinsohn Business Technology
Kr 13 #82 - 49, Bogot, Colombia

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0036

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Impackt Packaging Solutions
6000 Sheila Street
Commerce, CA 90040-2405

INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Kenneth R Woodruff
7750 N. Macarthur
Suite 120
Irving, TX 75063-7501

Kenneth Woodruff
7750 N MacArthur Blvd Ste
120 PNB 151
Irving, TX 75063

Kentucky Department of Revenue
501 High St
Frankfort, KY 40601-2103

LK Packaging
2833 Eisenhower St
Carrollton, TX 75007-4872

Luxe at Mercer Crossing
1790 Mercer Parkway
Farmers Branch, TX 75234-1474

Maryland Department of General Services
301 W Preston St
Baltimore, MD 21201-2390

Massachusetts Department of Revenue
PO Box 7090
Boston, MA 02204-7090

Michigan Department of Treasury
430 W Allegan St
Lansing, MI 48922-0001

Minnesota Department of Revenue
600 Robert St
Saint Paul, MN 55101

Mulligan Funding, LLC
4715 Viewridge Avenue
100
San Diego, CA 92123-1628

Mulligan Funding, LLC
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123-1628

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0100

NPF Flexible, LLC
77 Hudson St
Apt #2411
Jersey City, NJ 07302-8526

Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

Oklahoma Tax Commission
2501 Lincoln, Blvd
Oklahoma City, OK 73194-0001

Pennsylvania Department of Revenue
Dept. 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0001

R + L Carriers
600 Gillam Rd.
Po Box 271
Wilmington, OH 45177-0271

Sealer Sales
8820 Baird Avenue
Northridge, CA 91324-4007

Shipmonk
201 NW 22nd Av,
100
Fort Lauderdale, FL 33311-8633

Signifyd, Inc
99 South Almaden Blvd.
Suite 400
San Jose, CA 95113-1604

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
REVENUE ACCOUNTING DIV -
BANKRUPTCY SECTION
PO BOX 13528

TRUSTPILOT  INC
50 WEST 23RD STREET
SUITE 1000
NEW YORK NY 10010-5270

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

UPS
55 Glenlake Parkway, NE
Atlanta, GA 30328-3474

Victor Solyanik
Carrington Coleman
901 Main Street
Ste 5500
Dallas, TX 75202-3767

Virginia Department of Taxation
PO Box 1115
Richmond, VA 23218-1115

Warehouse & Logistics Las Vegas
4050 West Sunset Rd.
Suite B
Las Vegas, NV 89118-6801

Washington State Department of Revenue
PO Box 47478
Olympia, WA 98504-7478

Wisconsin Department of Revenue
PO Box 8903
Madison, WI 53708-8903

Wraptite, Inc.
6200 Cochran Rd.
Solon, OH 44139-3308